UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT MERCHANT,

       Plaintiff,

  -against-

NEW YORK STATE; JOHN DOE; JANE DOE; CHRISTOPHER RENFROE; IKIESKA SHABAZZ ENLIEU I.S. WHITAKER,

       Defendants.

19-CV-11088 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 17, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 17, 2020
    New York, New York

               COLLEEN McMAHON
              Chief United States District Judge